**CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT RITCHIE, ET AL.,

    Plaintiffs/Counter-Defendants,

v.

ALVIN WILLIAMS, ET AL.,

    Defendants/Counter-Plaintiffs.

_____/

Case No. 01-71712

Honorable Nancy G. Edmunds

FILED

FEB 03 2003

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**JUDGMENT**

The Court having reviewed and fully considered the pleadings filed by the parties and for the reasons set forth in an Order dated FEB 03 2003 and filed herein;

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

Plaintiffs/Counter-Defendants' motion for summary judgment is GRANTED; Defendants/Counter-Plaintiffs' motion for summary judgment is DENIED. The Complaint and Counter-Complaint are hereby DISMISSED.

SO ORDERED.

*Nancy B. Edmunds*
Nancy G. Edmunds
U. S. District Judge

Dated: FEB 03 2003

PURSUANT TO RULE 77(D), FRCivP
COPIES HAVE BEEN MAILED TO ALL
ATTORNEYS FOR ALL PARTIES ON
FEB 03 2003 20____.

DEPUTY CLERK

188